Case 2:26-cv-04226-LDH-JMW   Document 1   Filed 07/14/26 U.S. Page 1 of 16 PageID #: 1

**CIVIL RIGHTS COMPLAINT**
42 U.S.C. § 1983

FILED
IN CLERK'S
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 14 2026 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------x

William Vincent TAit #698306
Full name of plaintiff/prisoner ID#

Plaintiff,

JURY DEMAND
YES ✓    NO _____

-against-

Dolth Detectives in
Video in my Postion

Enter full names of defendants
[Make sure those listed above are
identical to those listed in Part III.]

Defendants.
-----------------------------------------------------x

RECEIVED

JUL 14 2026

EDNY PRO SE OFFICE

26cv4226

DeArcy Hall J.

Wicks M.J.

I.   Previous Lawsuits:

   A.   Have you begun other lawsuits in state or federal court
        dealing with the same facts involved in this action or
        otherwise relating to your imprisonment?  Yes ( )  No (✓)

   B.   If your answer to A is yes, describe each lawsuit in the space below
        (If there is more than one lawsuit, describe the additional lawsuits
        on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiffs:   _____
                       _____

         Defendants:   _____
                       _____

      2. Court (if federal court, name the district;
         if state court, name the county)
         _____

      3. Docket Number: _____

REC'D IN PRO SE OFFICE
JUL 14 '26 AM 11:52

1

# INSTRUCTIONS FOR FILING A CIVIL RIGHTS COMPLAINT

Attached is a complaint form for filing an action under 42 U.S.C. § 1983. Observe the following instructions for completing the complaint:

1. **Caption:** It is very important, if possible, that you state the first and last name of each defendant and badge number, if appropriate. You are required to furnish the correct name and address of each person so that service of process upon each defendant can be made.

2. **Contents:** The form should be fully completed. It can be typewritten or handwritten. It must be legible. If you need more space to answer a question, attach a separate sheet of 8 ½ by 11 paper to your complaint. You are required to state facts, such as the date and location of the events. <u>You need not make legal arguments or cite to cases.</u> The complaint must have an original (not photocopied) signature by each plaintiff. The complaint need not be notarized.

3. **Copies:** You must send the Court the original complaint and two <u>exact</u> copies (a complete set of three). You should keep another copy for your records. Copies can be xeroxed, handwritten or typewritten, but all copies must be identical to the original.

4. **Fee:** The cost of filing a civil action (other than a habeas corpus proceeding) is **$400,** payable to the Clerk of the Court, USDC, EDNY by certified check, bank check, personal check, money order or cash (if paying in person). If the filing fee is paid, the U.S. Marshal will <u>not</u> be directed to serve the defendants and plaintiff will be responsible for service of process on defendants. Service of the summons and complaint can be made by anyone over the age of 18 who is not a party to the action. <u>See</u> Fed. R. Civ. P. 4.

5. **Inability to Pay the Fee:** If you cannot pay the fee, you may apply to the Court to proceed *in forma pauperis* (IFP) pursuant to 28 U.S.C § 1915 by completing the attached form. If there is more than one plaintiff, each plaintiff must provide a separate declaration in support of the request to proceed *in forma pauperis*. If you are a prisoner, you must <u>also</u> complete the attached Prisoner Authorization form.

**When you have completed the forms, mail the original and 2 copies to the United States District Court, EDNY, 225 Cadman Plaza East, Brooklyn, NY 11201 Attention: Pro Se Office or on Long Island to: Clerk of United States District Court, EDNY, 100 Federal Plaza, Central Islip, NY 11722.**

This instruction page need not be copied or submitted. Remember to keep a copy of the completed complaint for your records.

rev.4/23/13

III. Parties:
(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff William Vincent Tait

Address 110 Center drive, Riverhead N.Y 11901

(In item B below, place the full name and address of each defendant)

B. List all defendants' names and the addresses at which each defendant may be served. Plaintiff must provide the address for each defendant named.

Defendant No. 1    The two Detectives in the video.
"John Doe"

Defendant No. 2    "John Doe" Arresting officers

Defendant No. 3

Defendant No. 4

Defendant No. 5

[Make sure that the defendants listed above are identical to those listed in the caption on page 1].

3

4. Name of the Judge to whom case was assigned: _____

5. Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?)

_____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II.    Place of Present Confinement: River head Correctional Fce

A. Is there a prisoner grievance procedure in this institution? Yes ( ) No (X)

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? Yes ( )  No (X)

C. If your answer is YES,

1. What steps did you take? I Ask to Speak to duty Ccptin At the Precint Pertaning to the Assault And brutality.

2. What was the result? I was told No and refused medical treatment.

D. If your answer is NO, explain why not It had nothing to do with county Jail, So Saw no reason for a grievince

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes (✓)  No ( )

F. If your answer is YES,

1. What steps did you take? I told deputy's At court house the told me to talk to my lawyer and that is what I did.

2. What was the result? She told me to file this form.

2

4. Name of the Judge to whom case was assigned: _____

5. Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

_____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II.   Place of Present Confinement: River head Correctione FCG

A. Is there a prisoner grievance procedure in this institution? Yes ( ) No (X)

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? Yes ( )   No (X)

C. If your answer is YES,

1. What steps did you take? I Ask to Speak to duty Captin At the Precint Pertaning to the Assault And brutality.

2. What was the result? I was told an end refised medical treatment.

D. If your answer is NO, explain why not It had nothing to do with county Jail, So Seen no reson for a grievence

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes (✓)   No ( )

F. If your answer is YES,

1. What steps did you take? I told dePuty's At court house the told me to talk to my lawyer and that is what I did.

2. What was the result? She told me to file this form.

2

III.    Parties:

(In item A below, place your name in the first blank and place your present address in the second blank.  Do the same for additional plaintiffs, if any.)

A.  Name of plaintiff William Vincent Tait

Address 110 Center drive, Riverhead N.Y 11901

(In item B below, place the full name and address of each defendant)

B.  List all defendants' names and the addresses at which each defendant may be served. Plaintiff must provide the address for each defendant named.

Defendant No. 1

"The two Detectives in the video. "John Doe"

Defendant No. 2

The two "John Doe" Arresting offices

Defendant No. 3

Defendant No. 4

Defendant No. 5

[Make sure that the defendants listed above are identical to those listed in the caption on page 1].

3

IV.    Statement of Claim:

(State briefly and concisely, the facts of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

On MAY 14, At or around 12:30-1:00 PM I walked out of my fiance's house on 166 river RD Shirley, 11967, When two detectives wich I didnt Know when at the time got out of unmarked and drew wepon on me and started chasing me, Yelling that they were gunna "fuck me up" when they cought me, one detective slammed me on my head then put his knee on my Neck, while the other hand cuffed me behind my back, Once they had me cuffed behind the back and on my stomach the two detectives started Punching and Kneeing me in the Face, head, and Private areas I have all of this on video, including my fiance' begging them to stop and did so. They only stopped Assaulting me when they when informed that they were being recorded. & Arreston officer's for Not interfearing

IV.A    If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

I had multibul abreations and deeper cuts on my head that the jail medical staff saw to. And I still am having Problem rotating my neck in either direction. I have had my neck checked yet becuse I would like to be evaluated by A claim's doctor And not A county jail nurse. Thank You for your time in reading this I Appreciate it very much.

Respectfully
William V. Zaid

4

V.    Relief:

State what relief you are seeking if you prevail on your complaint.

I would Seek 5.5 million for Assault and battery, failure to intervene And Emotional destress. I would like said detective to be fired over shit/y at At very less under go Anger management and shy co therapy treatment.

I declare under penalty of perjury that on _6/21/26_, I delivered this
                                              (Date)
complaint to prison authorities to be mailed to the United States District Court for the Eastern District of New York.

Signed this _21_ day of _June_, 202_6_. I declare under penalty of perjury that the foregoing is true and correct.

_William V. Zait_
Signature of Plaintiff

_River head county Jail_
Name of Prison Facility

_110 center Dr_

_Riverhead N.V_

_11950_
Address

_698306_
Prisoner ID#

5

V.    Relief:

State what relief you are seeking if you prevail on your complaint.

I would Seek 5.5 million for Assault and battery, failure to intervene, And Emotional destress. I would like Said detectives to be fired andittly of At very least undergo Anger management and SPhyco therepy treatment.

I declare under penalty of perjury that on __6/21/26__, I delivered this
(Date)

complaint to prison authorities to be mailed to the United States District Court for the Eastern

District of New York.

Signed this __21__ day of __June__, 2026. I declare under penalty of

perjury that the foregoing is true and correct.

_William V. Tait_
Signature of Plaintiff

_River head county Jail_
Name of Prison Facility

_110 center Dr_

_Riverhead N.Y_

_11950_
Address

_698306_
Prisoner ID#

5

IV.    Statement of Claim:

(State briefly and concisely, the facts of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

On MAY 14, At or around 12:30-1:00 PM I walked out of my fiance's house on 166 river RD Shirley, 11967, when two detectives wich I didnt Know where At the time, got out of unmarked and drew wepon on me and started chasing me yelling that they wroe gunna "fuck me up" when they cought me, one detective Slammed me on my head then Put his Knee on my Neck, while the other hand cuffed me behind my back, Once they had me cuffed behind the back and on my stomach, the two detectives Started Punching and Kneeing me in the face, head, and Private areas, I have all of this on video, including my fiance' begging them to stop and didnt. They only stopped ASSaulting me when they when informed that they were being recorded.

IV.A    If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

I had multibul cbrations and deePer cuts on my head that the jail medical Staff Saw to. And I still am having Problem rotating my neck in either direction. I have had my neck checked yet becuse I would like to be evaluated by A Claim's doctor And Not A county jail Nurse. Thank You for your time in reading this I APPreciate it very much.

Respectfully
William V. Zaid

4

The People of the State of New York,
Plaintiffs-Respondents,

As a Poor Person Upon Appeal

-against-

Detectives John Doe #1 and #2 in Video

Defendant – Appellant,

~~Aresting officers #1 and #2~~ -----x

Indictment No. _____
_____

PLEASE TAKE NOTICE, that upon the affidavit of _William V. Tait_, sworn to on the __9__ day of _July_, 20_26_, a motion will be made at a term of this court, for an order permitting defendant-appellant to prosecute this appeal from the judgment entered in this action on the _9_ day of _July_, 20_26_ as a poor person, directing that he be furnished a copy of the stenographic transcript of the trial of this action without fee, and granting permission to the appeal on the original record, upon the ground that said defendant-appellant has insufficient income and property to enable him to pay the costs, fees, and expenses prosecute said appeal, and for such other and further relief as the Court may deem just and proper.

To: RAY tierNey
    (DISTRICT ATTORNEY)
clerk of united states distict court
100 federal Plaza, Central islip
N.Y 11722
         (ADDRESS)

-OR-

Clerk
Appellate Division, _____ Judicial Department

_____

_____

_____

Respectfully Requested,

Willilliam V. Tait
         (PRINT NAME)

William V. Tait
         (SIGNATURE)

Sworn to before me this
9 day of JULY 20 26
_____
         NOTARY PUBLIC

MARIA A STOCK
STATE
OF NEW YORK
NOTARY PUBLIC
Qualified in
SUFFOLK County
01ST0051529
MY COMMISSION EXPIRES 06/24/2030

**CIVIL RIGHTS COMPLAINT**
**42 U.S.C. § 1983**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------x

William Vincent Tait #698306,
Full name of plaintiff/prisoner ID#

           Plaintiff,

    -against-

Dolth Detectives in
Video in my Position

Enter full names of defendants
[Make sure those listed above are
identical to those listed in Part III.]

           Defendants.
--------------------------------------------------x

JURY DEMAND
YES ✓   NO _____

I.   Previous Lawsuits:

    A.   Have you begun other lawsuits in state or federal court
        dealing with the same facts involved in this action or
        otherwise relating to your imprisonment? Yes ( ) No (✓)

    B.   If your answer to A is yes, describe each lawsuit in the space below
        (If there is more than one lawsuit, describe the additional lawsuits
        on another piece of paper, using the same outline.)

        1. Parties to this previous lawsuit:

           Plaintiffs:   _____

                           _____

           Defendants:  _____

                           _____

        2. Court (if federal court, name the district;
           if state court, name the county)

        _____

        3. Docket Number: _____

1

# INSTRUCTIONS FOR FILING A CIVIL RIGHTS COMPLAINT

Attached is a complaint form for filing an action under 42 U.S.C. § 1983. Observe the following instructions for completing the complaint:

1. **Caption:** It is very important, if possible, that you state the first and last name of each defendant and badge number, if appropriate. You are required to furnish the correct name and address of each person so that service of process upon each defendant can be made.

2. **Contents:** The form should be fully completed. It can be typewritten or handwritten. It must be legible. If you need more space to answer a question, attach a separate sheet of 8 ½ by 11 paper to your complaint. You are required to state facts, such as the date and location of the events. You need not make legal arguments or cite to cases. The complaint must have an original (not photocopied) signature by each plaintiff. The complaint need not be notarized.

3. **Copies:** You must send the Court the original complaint and two exact copies (a complete set of three). You should keep another copy for your records. Copies can be xeroxed, handwritten or typewritten, but all copies must be identical to the original.

4. **Fee:** The cost of filing a civil action (other than a habeas corpus proceeding) is **$400**, payable to the Clerk of the Court, USDC, EDNY by certified check, bank check, personal check, money order or cash (if paying in person). If the filing fee is paid, the U.S. Marshal will not be directed to serve the defendants and plaintiff will be responsible for service of process on defendants. Service of the summons and complaint can be made by anyone over the age of 18 who is not a party to the action. See Fed. R. Civ. P. 4.

5. **Inability to Pay the Fee:** If you cannot pay the fee, you may apply to the Court to proceed *in forma pauperis* (IFP) pursuant to 28 U.S.C § 1915 by completing the attached form. If there is more than one plaintiff, each plaintiff must provide a separate declaration in support of the request to proceed *in forma pauperis*. If you are a prisoner, you must also complete the attached Prisoner Authorization form.

**When you have completed the forms, mail the original and 2 copies to the United States District Court, EDNY, 225 Cadman Plaza East, Brooklyn, NY 11201 Attention: Pro Se Office or on Long Island to: Clerk of United States District Court, EDNY, 100 Federal Plaza, Central Islip, NY 11722.**

This instruction page need not be copied or submitted. Remember to keep a copy of the completed complaint for your records.

rev.4/23/13

APPELLATE DIVISION, _____ Judicial Department

--------------------------------------------------X

**The People of the State of New York,**
**Plaintiffs-Respondents,**

-against-

_____,

**Defendant – Appellant,**

--------------------------------------------------X

**Notice of Motion to Proceed**
**As a Poor Person Upon Appeal**

**Indictment No.** _____

_____

PLEASE TAKE NOTICE, that upon the affidavit of _____, sworn to on the _____ day of _____, 20_____, a motion will be made at a term of this court, for an order permitting defendant-appellant to prosecute this appeal from the judgment entered in this action on the _____ day of _____, 20_____ as a poor person, directing that he be furnished a copy of the stenographic transcript of the trial of this action without fee, and granting permission to the appeal on the original record, upon the ground that said defendant-appellant has insufficient income and property to enable him to pay the costs, fees, and expenses prosecute said appeal, and for such other and further relief as the Court may deem just and proper.

**To:** _____
            (DISTRICT ATTORNEY)

_____
            (ADDRESS)

_____

-OR-

**Clerk**
**Appellate Division, _____ Judicial Department**

_____

_____

_____

Respectfully Requested,

Willilliam V. Tait
            (PRINT NAME)

William V. Tait
            (SIGNATURE)

Sworn to before me this
_____ day of _____ 20_____

_____
            **NOTARY PUBLIC**

The People of the State of New York,
Plaintiffs-Respondents,

Notice of Motion to Proceed
As a Poor Person Upon Appeal

-against-

John Doe Detectives #1 and #2 in video
Defendant - Appellant,

resting officer John Doe #1 and #2

Indictment No. _____

_____

PLEASE TAKE NOTICE, that upon the affidavit of William V. Tait, sworn to on the 9 day of July, 2026, a motion will be made at a term of this court, for an order permitting defendant-appellant to prosecute this appeal from the judgment entered in this action on the 9 day of July, 20 26 as a poor person, directing that he be furnished a copy of the stenographic transcript of the trial of this action without fee, and granting permission to the appeal on the original record, upon the ground that said defendant-appellant has insufficient income and property to enable him to pay the costs, fees, and expenses prosecute said appeal, and for such other and further relief as the Court may deem just and proper.

To: RAY TIERNEY
(DISTRICT ATTORNEY)
Clerk of united states District court
100 federal Plaza central slip
N.Y 11722
(ADDRESS)

_____

-OR-

Clerk
Appellate Division, _____ Judicial Department

_____

_____

_____

Respectfully Requested,

Willilliam V. Tait
(PRINT NAME)

William V. Tait
(SIGNATURE)

Sworn to before me this
9 day of July 2026

NOTARY PUBLIC

MARIA A STOCK
STATE OF NEW YORK
NOTARY PUBLIC
Qualified in
SUFFOLK County
01ST0051529
MY COMMISSION EXPIRES 06/24/2030

SUFFOLK COUNTY
110 CENTER DRIVE
RIVERHEAD, NY 11901

NAME: William V. Tutt

Legal Mail

Prose office
Clerk of united states clerk
District court
100 federal Plaza
Central Islip
N.Y 11722

NEW YORK NY 100

11 JUL 2026 PM 7 L

FOREVER / USA

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

JUL 14 2026

LONG ISLAND OFFICE

11722-443800